UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :

VS.                               :          NO.  3:02CR249(AWT)

FARID SARI, ET AL.                :          SEPTEMBER 11, 2006

**MOTION OF DEFENDANT PICKNEY SUGGS TO MODIFY SENTENCE**

        The defendant Pickney Suggs respectfully moves to modify his sentence

in this matter by remitting the unpaid portion of the $10,000 fine for the reason

that he is entirely indigent, as has been confirmed by the United States

Probation Office.


                          THE DEFENDANT, PICKNEY SUGGS


                          BY_____
                                JOHN R. WILLIAMS (ct00215)
                                51 Elm Street
                                New Haven, CT 06510
                                (203) 562-9931
                                FAX:  (203) 776-9494
                                E-Mail: jrw@johnrwilliams.com
                                His Attorney

1

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorneys Christine L. Sciarrino and H. Gordon Hall, Assistant United States Attorneys, P. O. Box 1824, New Haven, CT 06510; and another copy was mailed to the United States Probation Office, 157 Church Street, New Haven, CT 06510.


_____
JOHN R. WILLIAMS