# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v                                             **APPEARANCE**

                                              CASE NO.: 3:02CR249(AWT)

PICKNEY SUGGS

*To the Clerk of this Court and all parties of record:*

    *Enter my Appearance as counsel in lieu of Appearance of Gary D. Weinberger in this case for:*

**PICKNEY SUGGS**

| | |
|---|---|
| Date: May 19, 2008 | _/s/_____ |
| | Signature |
| Bar No.: ct26519 | *Ronald B. Resetarits* |
| | Print Name |
| | *OFFICE OF THE FEDERAL DEFENDER* |
| | Firm Name |
| | *265 CHURCH STREET, SUITE 702* |
| | Address |
| | *NEW HAVEN    CT    06510* |
| | City        State    Zip Code |
| | *(203) 498-4200* |
| | Phone Number |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2008, a copy of the foregoing APPEARANCE was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Ronald B. Resetarits*
*ct26519*
*Office of the Federal Defender*
*265 Church Street, Suite 702*
*New Haven, CT 06510*
*Phone: (203) 498-4200*
*Fax: (203) 498-4207*
*Email: ronald.resetarits@fd.org*